IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

DAVID DEVON BLACKMON, #121397,
      Plaintiff,

vs.                                                 Case No.: 5:13cv358/RS/EMT

WALTER McNEIL, SECRETARY, FLORIDA
DEPARTMENT OF CORRECTIONS, et al.,
      Defendants.
_____/

## REPORT AND RECOMMENDATION

      This cause is before the court upon referral from the clerk.  Plaintiff commenced this action by filing a civil rights complaint under 42 U.S.C. § 1983 (doc. 1).  By order of this court dated June 19, 2014, Plaintiff was given thirty (30) days in which to file an amended complaint (*see* doc. 13) and was informed that failure to do so could result in dismissal of the action.  The time for compliance elapsed nearly three weeks ago, and Plaintiff has failed to file an amended complaint.

      Accordingly, it is respectfully **RECOMMENDED**:

      That this case be **DISMISSED without prejudice** for Plaintiff's failure to comply with an order of the court.

      At Pensacola, Florida, this 7th day of August 2014.


/s/ *Elizabeth M. Timothy*
**ELIZABETH M. TIMOTHY**
**UNITED STATES MAGISTRATE JUDGE**

## NOTICE TO THE PARTIES

      **Any objections to these proposed findings and recommendations must be filed within fourteen (14) days after being served a copy thereof.  Any different deadline that may appear on the electronic docket is for the court's internal use only.  A copy of objections shall be served upon all other parties.  Failure to object may limit the scope of appellate review of factual findings.  *See* 28 U.S.C. § 636; United States v. Roberts, 858 F.2d 698, 701 (11th Cir. 1988).**