IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

**DAVID DEVON BLACKMON,**
**# 121397**

    **Plaintiff,**

v.                                                                            CASE NO. 5:13-cv-358-RS-EMT

**WALTER MCNEIL, SECRETARY, FLORIDA**
**DEPARTMENT OF CORRECTIONS, et al.,**

    **Defendants.**
_____/

## ORDER

Before me is the Magistrate Judge's Report and Recommendation (Doc. 14). No objection has been filed. I have reviewed the report and recommendation *de novo*.

**IT IS ORDERED:**

1. The Magistrate Judge's Report and Recommendation is approved and incorporated in this Order.

2. The case is **DISMISSED without prejudice** for Plaintiff's failure to comply with an order of the court.

3. The clerk is directed to close the file.

**ORDERED** on September 9, 2014.

                                               /S/ Richard Smoak
                                               **RICHARD SMOAK**
                                               **UNITED STATES DISTRICT JUDGE**